# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludington, Thomas L. | U.S. District Court MI (Eastern) | 4/12/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
1000 Washington Ave
Bay City, MI
48708

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | R. M. Gerstacker Foundation |
| 2. | Director | Saginaw Valley State University Foundation |
| 3. | Trustee | Albion College |
| 4. | President & Director | Ludington Family Foundation |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/3/2003 | Michigan Judges Retirement Services |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Federal Court Salary | $165,551.43 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chemical Bank & Trust checking & savings | A | Interest | K | T | | | | | |
| 2. Dow Chemical Employees Credit Union | A | Interest | M | T | | | | | |
| 3. TD Ameritrade Money Market | A | Interest | K | T | | | | | |
| 4. Merrill Lynch Money Market | A | Interest | J | T | | | | | |
| 5. Amgen Stock | A | Dividend | J | T | | | | | |
| 6. Covance Stock | A | Dividend | K | T | | | | | |
| 7. Blackroot Global Stock | | None | L | T | | | | | |
| 8. IBM Stock | A | Dividend | K | T | | | | | |
| 9. Quest Diagnostics Stock | A | Dividend | K | T | | | | | |
| 10. Chemical Financial Stock | B | Dividend | K | T | | | | | |
| 11. Petosky MI Condo | | None | M | W | | | | | |
| 12. Am Cent Real Est (Dow Savings Plan)KKL 401K | | None | J | T | Sold (part) | 09/30/11 | K | C | |
| 13. Fidelity Contrafund(Dow Savings Plan)KKL 401K | | None | K | T | | | | | |
| 14. Fidelity Diversified Intl (Dow Savings Plan) KKL 401K | | None | K | T | | | | | |
| 15. Growth Equity (DowSavings Plan) KKL 401K | | None | | | Sold | 09/30/11 | K | | |
| 16. Interest Income Fund (Dow Savings Plan) KKL 401K | | None | M | T | | | | | |
| 17. Vanguard Convertible See (Dow Savings Plan) KKL 401K | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Global Equity (Dow Savings Plan) KKL 401K | | None | J | T | | | | | |
| 19. SSga Stable Value-State of Michigan 457 Plan (TLL) | | None | K | T | | | | | |
| 20. PIMCO Total Return-State of Michigan 457 (TLL) | | None | J | T | | | | | |
| 21. Dodge & Cox Stock State of Michigan 457 Plan (TLL) | | None | J | T | | | | | |
| 22. SSga Stable Value State of Michigan 401K Plan (TLL) | | None | K | T | | | | | |
| 23. PIMCO Total Return State of MI 401K plan (TLL) | | None | K | T | | | | | |
| 24. Oakmark Equity & Income Fund-St of MI 401K (TLL) | | None | J | T | | | | | |
| 25. MFS Total Return-St of MI 401K Plan (TLL) | | None | K | T | | | | | |
| 26. T Rowe Price Mid Cap Value-St of MI 401K (TLL) | | None | K | T | | | | | |
| 27. Dodge & Cox Stock-St of MI 401K (TLL) | | None | J | T | | | | | |
| 28. Ridge Worth Funds-St of MI 401K (TLL) | | None | J | T | | | | | |
| 29. American Funds Europacific Gr-St of MI 401K (TLL) | | None | K | T | | | | | |
| 30. NB Genesis-Inst LL | | None | K | T | Buy | 09/30/11 | K | | |
| 31. Pim Co Real 1 | | None | J | T | Buy | 09/30/11 | J | | |
| 32. Schwab Money Market | A | Interest | K | T | | | | | |
| 33. Anchor Life Policy | | None | K | T | | | | | |
| 34. Trust Mark Life Policy (TLL) | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Indianapolis Life Policy | | None | K | T | | | | | |
| 36. Oakmark Equity & Income Fund | | None | K | T | | | | | |
| 37. Apple Inc | A | Dividend | J | T | Sold (part) | 07/20/11 | J | B | |
| 38. FBR Gas Utilities Index Fund | A | Dividend | J | T | Sold (part) | 07/19/11 | J | A | |
| 39. | | None | J | T | Sold (part) | 12/02/11 | J | A | |
| 40. FBR Small Cap Financial Fund | A | Dividend | | | Buy (add'l) | 07/19/11 | J | | |
| 41. | | | | | Sold | 07/19/11 | J | | |
| 42. Fidelity Select Portfolio Fund | A | Dividend | J | T | | | | | |
| 43. First Eagle Overseas A Fund | A | Dividend | K | T | Buy (add'l) | 12/02/11 | J | | |
| 44. Canadian Natural Resources | | None | | | Sold (part) | 03/29/11 | J | A | |
| 45. | | None | | | Sold | 12/02/11 | J | A | |
| 46. Church & Dwight | | None | J | T | Sold (part) | 12/02/11 | J | A | |
| 47. Citigroup Inc | A | Dividend | | | Sold (part) | 05/09/11 | J | | |
| 48. | | | | | Sold | 07/19/11 | J | | |
| 49. Dollar Tree Stores Inc | | None | J | T | Sold (part) | 07/20/11 | J | B | |
| 50. | | None | J | T | Sold (part) | 12/02/11 | J | B | |
| 51. Abbott Labs | | None | J | T | Buy | 12/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Buffalo Wild Wings | | None | J | T | Buy | 07/19/11 | J | | |
| 53. | Flower Foods | A | Dividend | | | Sold | 12/02/11 | J | A | |
| 54. | ING Global Natural Resources | A | Dividend | J | T | Buy (add'l) | 07/19/11 | J | | |
| 55. | MFS Utilities Fund | D | Dividend | J | T | Sold (part) | 07/19/11 | J | A | |
| 56. | | | None | J | T | Sold (part) | 12/02/11 | J | A | |
| 57. | Royce Low Priced Stock Fund | A | Dividend | J | T | Sold (part) | 07/19/11 | J | A | |
| 58. | Columbia Seligman | | None | J | T | Sold (part) | 03/29/11 | J | B | |
| 59. | | | None | J | T | Sold (part) | 07/19/11 | J | A | |
| 60. | | | None | J | T | Sold (part) | 12/02/11 | J | B | |
| 61. | ITT Education Services | | None | | | Sold | 12/02/11 | J | | |
| 62. | Vanguard Energy Fund A | A | Dividend | J | T | Sold (part) | 03/29/11 | J | D | |
| 63. | | | None | J | T | Buy (add'l) | 12/02/11 | J | | |
| 64. | Janus Overseas Inv Fund | | None | J | T | Buy (add'l) | 07/19/11 | J | | |
| 65. | MSCI Canada Index | A | Dividend | K | T | | | | | |
| 66. | Metro Inc Class A | A | Dividend | K | T | | | | | |
| 67. | General Mills | | None | J | T | Buy | 12/02/11 | J | | |
| 68. | Proctor & Gamble | | None | J | T | Buy | 12/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ross Stores | | None | J | T | Buy | 12/02/11 | J | | |
| 70. Pepsico Inc | | None | | | Sold | 03/29/11 | J | A | |
| 71. Yacktman Fund | A | Dividend | K | T | Buy | 07/19/11 | K | | |
| 72. SPDR DJ Intl Resources | A | Dividend | K | T | Buy | 12/02/11 | K | | |
| 73. MFS Intl New Discovery A Fund | A | Dividend | K | T | Sold (part) | 03/29/11 | J | | |
| 74. | | None | | | Buy (add'l) | 07/19/11 | J | | |
| 75. Morgan Stanley Inst Intl Real Estate | A | Dividend | | | Sold | 12/02/11 | K | | |
| 76. T Price Media & Tele | A | Dividend | K | T | Sold (part) | 03/29/11 | K | B | |
| 77. | | None | K | T | Buy (add'l) | 07/19/11 | K | | |
| 78. Tim Horton's | A | Dividend | J | T | Buy | 07/19/11 | J | | |
| 79. Owens & Minor Inc | A | Dividend | | | Sold | 12/02/11 | J | A | |
| 80. Alexanders | A | Dividend | J | T | | | | | |
| 81. ATCO Ltd Class I | A | Interest | J | T | Sold (part) | 03/29/11 | J | A | |
| 82. Bank of Nova Scotia | A | Dividend | J | T | | | | | |
| 83. Shoppers Drug Mart | A | Dividend | | | Sold | 03/29/11 | J | A | |
| 84. Harris Cap PFD | A | Dividend | J | T | | | | | |
| 85. Permian Basin Royalities | B | Dividend | J | T | Buy (add'l) | 03/29/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | None | J | T | Sold (part) | 05/17/11 | K | | |
| 87. | | None | J | T | Buy (add'l) | 12/02/11 | K | | |
| 88. | | None | J | T | Sold (part) | 12/02/11 | K | | |
| 89. Sabine Royalty Trust | B | Dividend | K | T | Sold (part) | 03/29/11 | J | | |
| 90. | | None | K | T | Sold (part) | 12/02/11 | J | | |
| 91. | | None | K | T | Sold (part) | 12/02/11 | J | | |
| 92. Alliance Resource Partners | | None | K | T | Buy | 12/02/11 | K | | |
| 93. Magellan Midsteam | A | Dividend | K | T | Buy (add'l) | 07/19/11 | K | | |
| 94. | | None | K | T | Sold (part) | 07/19/11 | J | D | |
| 95. | | None | K | T | Buy (add'l) | 08/02/11 | J | | |
| 96. | | None | K | T | Sold (part) | 12/02/11 | J | C | |
| 97. Nu Star | A | Dividend | | | Sold | 07/19/11 | K | D | |
| 98. National Health Investors | A | Dividend | K | T | | | | | |
| 99. Sunoco Logistics Partners | B | Dividend | K | T | Sold (part) | 03/29/11 | K | B | |
| 100. | | None | K | T | Sold (part) | 07/19/11 | K | D | |
| 101. | | None | K | T | Sold (part) | 12/02/11 | K | A | |
| 102. C & S Realty Fund | A | Dividend | K | T | Sold (part) | 03/29/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Energy Transfer Partners | A | Dividend | | | Sold | 03/29/11 | K | | |
| 104. Alerian Infrastructure | A | Dividend | K | T | Buy (add'l) | 03/29/11 | J | | |
| 105. | | None | J | T | Buy (add'l) | 07/19/11 | J | | |
| 106. El Paso Pipeline | A | Dividend | K | T | Buy | 07/19/11 | K | | |
| 107. Spectra Energy Partners | A | Dividend | K | T | Buy | 07/19/11 | K | | |
| 108. Transmontaigne Partners | A | Dividend | J | T | Buy | 03/29/11 | J | | |
| 109. | | None | K | T | Buy | 07/19/11 | J | | |
| 110. | | None | K | T | Buy | 12/02/11 | J | | |
| 111. Rayonier Inc | A | Dividend | K | T | Sold (part) | 03/29/11 | K | A | |
| 112. SL Green Realty | A | Dividend | J | T | Sold (part) | 03/29/11 | J | B | |
| 113. | | None | J | T | Sold (part) | 07/19/11 | J | B | |
| 114. Thornburg Intl Value | A | Dividend | K | T | Sold (part) | 03/29/11 | K | A | |
| 115. American Gen Finance 12/15/11 | B | Interest | | | Matured | 12/15/11 | K | | |
| 116. Andrews Co, TX 8/15/15 | A | Int./Div. | K | T | | | | | |
| 117. Berkshire Hathaway 8/15/13 | A | Interest | K | T | | | | | |
| 118. Camden NY Bond 1/15/15 | A | Interest | K | T | | | | | |
| 119. Capital One Bank CD 12/19/14 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Caterpillar Finance 5/15/13 | A | Interest | J | T | Buy | 07/22/11 | J | | |
| 121. Caterpillar Finance 7/15/12 | A | Interest | K | T | | | | | |
| 122. Cary, IL Semi 11/01/2013 | A | Interest | J | T | | | | | |
| 123. Cook Co, IL 12/01/2013 | | None | J | T | | | | | |
| 124. Research In Motion | | None | | | Buy | 03/29/11 | J | | |
| 125. | | None | | | Sold | 07/19/11 | J | A | |
| 126. GE Capital Corp 11/14/14 | B | Interest | K | T | | | | | |
| 127. John Hancock 02/12/12 | A | Interest | J | T | | | | | |
| 128. Lehman Bond 01/18/12 | | None | J | T | | | | | |
| 129. John Hancock 11/15/15 | A | Interest | J | T | | | | | |
| 130. Lewis County WA 12/1/14 | B | Interest | K | T | | | | | |
| 131. Mishawaka, IN 3/1/15 | | None | K | T | | | | | |
| 132. New York St Bond 3/15/15 | B | Interest | K | T | | | | | |
| 133. Palatine,IL Bond 12/1/14 | B | Interest | K | T | | | | | |
| 134. Puerto Rico Bond 8/1/11 | A | Interest | | | Matured | 08/01/11 | J | | |
| 135. Household Finance 12/15/11 | B | Interest | | | Matured | 12/15/11 | J | B | |
| 136. HSBC Bond 7/15/12 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. HSBC Bond 7/15/12 | A | Interest | J | T | | | | | |
| 138. Indiana Bond Bank 7/15/15 | B | Interest | K | T | | | | | |
| 139. Davis Co, UT Semi 6/1/12 | A | Interest | J | T | Buy | 3/31/11 | J | | |
| 140. Capmark Bank CD 7/23/12 | A | Interest | J | T | | | | | |
| 141. MetLife Policy | | None | | | Redeemed | 01/06/11 | K | | |
| 142. Citizens Bank CD 12/28/12 | A | Interest | J | T | | | | | |
| 143. Discover Bank CD 9/24/13 | B | Interest | K | T | | | | | |
| 144. GE Cap Finance CD 9/18/12 | A | Interest | J | T | | | | | |
| 145. GE Money Bank CD 11/20/12 | A | Interest | J | T | | | | | |
| 146. Goldman Sachs CD 11/19/13 | B | Interest | J | T | | | | | |
| 147. Goldman Sachs CD 12/17/13 | A | Interest | J | T | | | | | |
| 148. Wachovia Bank CD 9/30/13 | A | Interest | J | T | | | | | |
| 149. Barclay Bank Bond 9/22/16 | A | Interest | K | T | Buy | 07/21/11 | K | | |
| 150. Barclay Bank Bond 7/10/14 | | None | J | T | Buy | 07/21/11 | J | | |
| 151. GE Cap Finance CD 10/16/12 | A | Interest | K | T | | | | | |
| 152. Paragon Com Bank CD 12/15/14 | A | Interest | K | T | | | | | |
| 153. Syracuse NY Bond 10/15/14 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Wyandotte Co KS 8/1/11 | B | Interest | | | Matured | 08/01/11 | K | A | |
| 155. Goldman Sachs Semi 10/1/16 | A | Interest | K | T | Buy | 07/21/11 | K | | |
| 156. Goldman Sachs Semi 10/1/14 | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 157. John Hancock Semi 9/15/16 | A | Interest | J | T | Buy | 03/30/11 | J | | |
| 158. T Rowe Price Financial | | None | | | Sold (part) | 03/29/11 | J | | |
| 159. T Rowe Price Financial | | None | | | Sold | 07/19/11 | J | | |
| 160. Avalon BayCommunities 1 | B | Dividend | K | T | Sold (part) | 03/29/11 | J | B | |
| 161. Archer Dan Midland 4/15/11 | A | Dividend | | | Matured | 04/15/11 | J | A | |
| 162. Bankers Trust Bond 10/15/11 | B | Interest | | | Matured | 10/15/11 | J | | |
| 163. Oregon State Bond 6/1/12 | | None | K | T | | | | | |
| 164. Pepsico Bond Maty 4/1/12 | | None | K | T | | | | | |
| 165. Wachovia CorpBond 10/15/11 | B | Interest | | | Matured | 10/15/11 | K | A | |
| 166. John Hancock 9/15/16 | | None | J | T | Buy | 03/30/11 | J | | |
| 167. JP Morgan Chase 7/5/16 | | None | J | T | Buy | 12/20/11 | J | | |
| 168. JP Morgan Chase 3/1/16 | | None | K | T | Buy | 12/06/11 | K | | |
| 169. Metlife Inc Semi 6/1/16 | | None | J | T | Buy | 12/06/11 | J | | |
| 170. Michigan Financial Authority 11/1/16 | A | Interest | J | T | Buy | 05/12/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Phoenix, AZ 7/1/16 | | None | J | T | Buy | 07/16/11 | J | | |
| 172. Westpac Banking Co 12/9/15 | A | Interest | J | T | Buy | 07/21/11 | J | | |
| 173. Merrill Lynch monthly 3/15/11 | A | Interest | | | Matured | 03/15/11 | K | | |
| 174. Chemcial Bank Savings (FBO#1) | A | Interest | K | T | | | | | |
| 175. Federated Balance (CFC) (FBO#1) | A | Dividend | K | T | | | | | |
| 176. MI Ed Savgs Plan Moderate Age-Based Opt Age15-17FBO#1No cont | | None | | | Distributed | 09/20/11 | L | | |
| 177. MI Ed Savings Plan Moderate Age-Based Opt 18(FBO#1No control | | None | L | T | | | | | |
| 178. MI Ed Savings Plan 100% Equity Opt (FBO#1)No Control | | None | J | T | | | | | |
| 179. Firstbank PR Monthly (FBO#1) | A | Interest | J | T | | | | | |
| 180. Schwab Money Market (FBO#1) | A | Interest | L | T | | | | | |
| 181. Columbia Seligman Comm & Info (FBO#1) | A | Dividend | J | T | | | | | |
| 182. ING Global Nat Res Fund (FBO#1) | | None | J | T | Buy | 3/25/11 | J | | |
| 183. MFS Utilities Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 184. Royce Low-Priced Stock (FBO#1) | A | Dividend | J | T | | | | | |
| 185. Vanguard Energy Fund (FBO#1) | A | Dividend | J | T | Sold (part) | 03/25/11 | J | A | |
| 186. First Eagle Overseas A Fund (FBO#1) | A | Dividend | J | T | Sold (part) | 03/25/11 | J | B | |
| 187. Janus Overseas Inv Fund (FBO#1) | | None | J | T | Sold (part) | 03/25/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. MFS Intl New Disc A Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 189. Morgan Stanley Ins Intl Real Estate (FBO#1) | A | Dividend | J | T | | | | | |
| 190. T Price Media & Tele Fund (FBO#1) | A | Dividend | J | T | Sold (part) | 07/18/11 | J | A | |
| 191. Yacktman Fund | | None | J | T | Buy | 03/25/11 | J | | |
| 192. ATCO Ltd Class I (FBO#1) | A | Dividend | J | T | | | | | |
| 193. Canadian Nat Resc (FBO#1) | A | Interest | J | T | | | | | |
| 194. Metro Inc Class A (FBO#1) | A | Dividend | J | T | | | | | |
| 195. MSCI Canada Index Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 196. Sabine Royalty Trust (FBO#1) | A | Dividend | J | T | | | | | |
| 197. Magellan Midstream (FBO#1) | A | Dividend | J | T | | | | | |
| 198. Sunoco Logistics Partners (FBO#1) | A | Dividend | J | T | Buy (add'l) | 02/15/11 | J | | |
| 199. | | None | J | T | Buy (add'l) | 05/16/11 | J | | |
| 200. | | None | J | T | Buy (add'l) | 08/15/11 | J | | |
| 201. | | None | J | T | Buy (add'l) | 11/15/11 | J | | |
| 202. C & S Realty Fund (FBO#1) | A | Dividend | J | T | | | | | |
| 203. Avalon Bay Comm Inc (FBO#1) | A | Dividend | J | T | | | | | |
| 204. Firstbank PR Mthly 7/11/13 (FBO#1) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. St Bank of India, NY CD 9/26/12 (FBO#1) | A | Interest | J | T | | | | | |
| 206. Wachovia Bank, semi 8/15/13 (FBO#1) | A | Interest | J | T | | | | | |
| 207. Caterpillar Fin Bond (FBO#1) | A | Interest | | | Matured | 02/15/11 | K | A | |
| 208. Ft Walton Def, Maty 6/15/12 (FBO#1) | | None | K | T | | | | | |
| 209. GE Cap Corp, semi 8/15/15, (FBO#1) | A | Interest | K | T | | | | | |
| 210. Goldman Sachs 10/15/15 (FBO#1) | | None | J | T | Buy | 04/15/11 | J | | |
| 211. Marlboro Twp NJ semi 12/1/13 (FBO#1) | A | Interest | J | T | | | | | |
| 212. MI Ed Savgs Plan Moderate Age-Based Opt 12-14FBO#2No Control | | None | L | T | | | | | |
| 213. MI Ed Savings Plan 100% Equity Opt (FBO#2)No control | | None | J | T | | | | | |
| 214. Phoenix, AZ maty 7/1/14 (FBO#1) | | None | J | T | Buy | 04/06/11 | J | | |
| 215. Superior, WI semi 3/1/14 (FBO#1) | A | Interest | K | T | | | | | |
| 216. Westpac Banking Co, semi 12/9/15 (FBO#1) | A | Dividend | K | T | Buy | 03/31/11 | K | | |
| 217. Harris Cap (FBO#1) | A | Dividend | J | T | | | | | |
| 218. Chemical Bank Savings (FBO#2) | | None | J | T | | | | | |
| 219. Schwab Money Market Fund (FBO#2) | A | Interest | K | T | | | | | |
| 220. Abbott Labs (FBO#2) | | None | J | T | Buy | 12/06/11 | J | | |
| 221. Apple Inc (FBO#2) | | None | J | T | Buy | 12/06/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Buffalo Wild Wings Inc (FBO#2) | | None | J | T | Buy | 12/06/11 | J | | |
| 223. General Mills Inc (FBO#2) | | None | J | T | Buy | 12/06/11 | J | | |
| 224. FBR Small Cap Financial Fund (FBO#2) | | None | | | Sold | 07/18/11 | J | | |
| 225. ING Global Natural Resc Fund (FBO#2) | A | Dividend | J | T | Buy | 12/06/11 | J | | |
| 226. Columbia Seligman Comm Fund (FBO#2) | | None | | | Sold | 12/06/11 | J | | |
| 227. MFS Utilities Fund (FBO#2) | A | Dividend | J | T | | | | | |
| 228. Ross Stores Inc (FBO#2) | A | Dividend | J | T | Buy | 07/18/11 | J | | |
| 229. Thornburg Intl Value A (FBO#2) | A | Dividend | | | Sold | 03/25/11 | J | A | |
| 230. Royce Low Priced Stock Fund (FBO#2) | A | Dividend | J | T | | | | | |
| 231. Oakmark Equity (FBO#2) | | None | | | Sold (part) | 03/25/11 | J | A | |
| 232. | | None | | | Sold | 12/06/11 | J | A | |
| 233. Vanguard Energy Fund (FBO#2) | A | Dividend | J | T | | | | | |
| 234. Yacktman Fund (FBO#2) | A | Dividend | J | T | Buy | 07/18/11 | J | | |
| 235. First Eagle Oversea A Fund (FBO#2) | A | Dividend | J | T | Sold (part) | 03/25/11 | J | A | |
| 236. Janus Overseas Inv Fund (FBO#2) | A | Dividend | J | T | Buy | 03/25/11 | J | | |
| 237. MFS Intl New Disc A Fund (FBO#2) | A | Dividend | J | T | Sold (part) | 03/25/11 | J | A | |
| 238. SPDR DJ Intl Real Estate (FBO#2) | A | Dividend | J | T | Buy | 12/06/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  T Price Media & Tele Fund (FBO#2) | A | Dividend | J | T | Buy | 03/25/11 | J | | |
| 240.  T Rowe Price Fin Svc Fund (FBO#2) | A | Dividend | | | Sold | 07/18/11 | J | A | |
| 241.  Morgan Stanley (FBO#2) | | None | | | Buy | 07/18/11 | J | | |
| 242. | | None | | | Sold | 12/06/11 | J | A | |
| 243.  ATCO Ltd Class I (FBO#2) | A | Dividend | J | T | Sold (part) | 07/18/11 | J | A | |
| 244.  Metro Inc A (FBO#2) | A | Dividend | J | T | | | | | |
| 245.  MSCI Canada Index (FBO#2) | A | Dividend | J | T | Buy (add'l) | 07/18/11 | J | | |
| 246.  Merrill Lynch Bond 3/29/11 (FBO#2) | A | Interest | | | Matured | 03/29/11 | J | A | |
| 247.  Magellan Midstream (FBO#2) | A | Dividend | | | Sold | 07/18/11 | J | | |
| 248.  Sabine Royalty Trust (FBO#2) | A | Dividend | J | T | | | | | |
| 249.  Alerian Infrastructure Fund (FBO#2) | A | Dividend | J | T | Buy | 07/18/11 | J | | |
| 250. | | None | J | T | Buy (add'l) | 12/06/11 | J | | |
| 251.  C & S Realty Fund (FBO#2) | A | Dividend | J | T | | | | | |
| 252.  Capital One CD 9/4/12 (FBO#2) | A | Interest | J | T | | | | | |
| 253.  GE Money Bank CD 10./19/13 (FBO#2) | A | Interest | K | T | | | | | |
| 254.  Blount Co, TN, semi 6/1/15 (FBO#2) | A | Interest | J | T | | | | | |
| 255.  Boston, MA semi 1/1/14 (FBO#2) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Dallas TX maty 2/15/16 (FBO#2) | | None | J | T | Buy | 12/07/11 | J | | |
| 257.  GE Cap Corp, semi 10/20/16 (FBO#2) | A | Interest | K | T | Buy | 07/21/11 | J | | |
| 258.  JP Morgan 6/1/14 (FBO#2) | A | Interest | J | T | | | | | |
| 259.  Westpac Banking Co 12/9/15 (FBO#2) | A | Interest | K | T | Buy | 03/31/11 | K | | |
| 260.  Chemical Bank      Cust AGY | E | Int./Div. | P1 | T | | | | | |
| 261.  Adrian MI City School Dist Bond 5/1/19 | | None | L | T | | | | | |
| 262.  Clark Cnty Nev Arpt Bond 7/1/2020 | | None | K | T | | | | | |
| 263.  Detriot, MI Bond 5/1/16 | | None | L | T | | | | | |
| 264.  Fennville, MI School Bond 5/1/2020 | | None | K | T | | | | | |
| 265.  Fidelity Inter Muni Inc Fd #036 | A | Interest | L | T | | | | | |
| 266.  Fitzgerald MI School Bond 5/1/18 | | None | K | T | | | | | |
| 267.  Grosse lle Twp MI School Bond 5/1/2021 | | None | K | T | | | | | |
| 268.  Illinois ST Agm Bond 1/1/2021 | | None | K | T | | | | | |
| 269.  Kalamazoo MI School Bond 5/1/2020 | | None | K | T | | | | | |
| 270.  Madison MI School Bond 5/1/17 | | None | K | T | | | | | |
| 271.  MI ST Hosp Fin Bond 7/15/2021 | | None | L | T | | | | | |
| 272.  Nuveen MI Muni Bd A | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Orchard View MI School Bond 5/1/2013 | | None | K | T | | | | | |
| 274. Romulus MI Tax Increment Fin Bond 11/1/18 | | None | L | T | | | | | |
| 275. Royal Oak MI Hosp Fin Bond 11/15/2031 | | None | K | T | | | | | |
| 276. Saginaw VyST Univ MI Bond 7/1/17 | | None | L | T | | | | | |
| 277. Sagnaw Vy ST Univ Mich Rev Bond 7/1/18 | | None | K | T | | | | | |
| 278. Spring Tex Indpt School Bond 8/15/18 | | None | L | T | | | | | |
| 279. Warren Mich Bond 10/1/16 | | None | K | T | | | | | |
| 280. Washtenaw Cnty MI Bond 7/1/16 | | None | L | T | | | | | |
| 281. Waverly Mich Cmnty School Bond 5/1/18 | | None | K | T | | | | | |
| 282. Agilent Tech Inc | | None | J | T | | | | | |
| 283. Apache Corp | | None | J | T | | | | | |
| 284. Apple Inc | | None | M | T | | | | | |
| 285. Bankamerica Corp New Com N/C | A | Dividend | J | T | | | | | |
| 286. Bristol-Myers Squibb Co | | None | J | T | | | | | |
| 287. Capital World Gwth & Inc Cl A #33 | B | Dividend | M | T | | | | | |
| 288. Caterpillar Tractor Co | | None | M | T | | | | | |
| 289. Celgene Corp Com | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Conocophillips | A | Dividend | J | T | | | | | |
| 291. Corning Inc | A | Dividend | L | T | | | | | |
| 292. DWS Dreman Small Cap Value Cl 1 | A | Dividend | J | T | | | | | |
| 293. Dow Chemical Co | | None | M | T | | | | | |
| 294. DuPont Ei De Nemours Co | A | Dividend | J | T | | | | | |
| 295. Energizer Hldgs Inc | | None | J | T | | | | | |
| 296. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 297. Ford Motor Co | | None | J | T | | | | | |
| 298. Hewlett Packard Co | | None | K | T | | | | | |
| 299. Intel Corp | A | Dividend | J | T | | | | | |
| 300. International Business Machs Corp | A | Dividend | M | T | | | | | |
| 301. Medco Health Solutions Inc | | None | J | T | | | | | |
| 302. Schlumberger Ltd | | None | J | T | | | | | |
| 303. Sunoco Inc | A | Dividend | J | T | | | | | |
| 304. Walgreen Co | A | Dividend | J | T | | | | | |
| 305. Zimmer Hldgs | | None | J | T | | | | | |
| 306. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Deleted all assets from 2010 report that had been sold or matured.
2. Chemical Bank _____ Cust Agy details are listed in Part VII lines 260-305.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ludington**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544